UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David Crumley,<br><br>    Plaintiff,<br><br>vs.<br><br>A.S.A.P. Assembly, Inc., Courtney Palacios and Assemblers, Inc.<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-487-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of plaintiff's Motion for Attorney Fees, and the court having GRANTED IN PART said motion, it is

**Ordered and adjudged** that plaintiff is awarded $13,077.75 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 7th day of November, 2017.

              JAMES N. HATTEN
              CLERK OF COURT

              */s/ Janice Micallef*
       By: _____
              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 November 2, 2017
James N. Hatten
Clerk of Court

*/s/ Janice Micallef*
By: _____
   Deputy Clerk