IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DAVID CRUMLEY,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**A.S.A.P. ASSEMBLY, INC.,** and **COURTNEY PALACIOS,**<br><br>    **Defendants.** | Civil Action File No. 1:17-CV-487-TCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and in accordance with this Court's Order dated August 30, 2017 [Dkt. 23], the parties stipulate to the dismissal with prejudice of the instant case. Except as otherwise agreed, each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**<br><br>*s/Mitchell D. Benjamin*<br>Mitchell D. Benjamin<br>Georgia Bar No. 049888<br>Matthew W. Herrington<br>Georgia Bar No. 275411<br><br>3100 Centennial Tower<br>101 Marietta Street | **HUNTON & WILLIAMS, LLP**<br><br>*s/ Sara Hamilton*<br>Robert Dumbacher<br>Georgia Bar No. 594903<br>Sara Hamilton<br>Georgia Bar No. 938514<br><br>Bank of America Plaza, Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308 |

1

Atlanta, GA 30303  
(404) 979-3150 Telephone  
(404) 979-3170 Facsimile  
benjamin@dcbflegal.com  
matthew.herrington@dcbflegal.com  
*Counsel for Plaintiff*

(404) 888-4000 Telephone  
(404) 888-4190 Facsimile  
rdumbacher@hunton.com  
shamilton@hunton.com  
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DAVID CRUMLEY,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**A.S.A.P. ASSEMBLY, INC.,** and **COURTNEY PALACIOS,**<br><br>**Defendants.** | Civil Action File No. 1:17-CV-487-TCB |

## CERTIFICATE OF SERVICE

I certify that on March      , 2018, I filed the parties' **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

    *s/Mitchell D. Benjamin*
    Mitchell D. Benjamin
    Georgia Bar No. 049888

    **COUNSEL FOR PLAINTIFF**